UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENDY KAY, an individual<br><br>                Plaintiff,<br><br>        v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>                Defendant. | No. 2:25-cv-00574-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## STIPULATION

The parties hereby stipulate that the above-entitled case may be dismissed with prejudice and without costs or fees.

RESPECTFULLY SUBMITTED this 29th day of December, 2025.

| | |
|---|---|
| **DORAN LAW, P.S.** | **JENSEN MORSE BAKER PLLC** |
| By: *s/ Bryan Doran*<br>Bryan Doran, WSBA No. 38480<br>Doran Law, P.S.<br>600 1st Avenue; Suite 102; PMB 2002<br>Seattle, WA 98104<br>bryan@doran-law.com<br>julie@doran-law.com<br>***Counsel for Plaintiff Wendy Kay*** | By: *s/ Steven D. Jensen*<br>Steven D. Jensen, WSBA No. 26495<br>steve.jensen@jmblawyers.com<br>William C. Gibson, WSBA No. 26472<br>chris.gibson@jmblawyers.com<br>520 Pike Street; Suite 2375<br>Seattle, WA 98101<br>***Counsel for Defendant Progressive Direct Insurance Company*** |

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 1
No. 2:25-cv-00574-RSM

**ORDER**

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-entitled case is dismissed with prejudice and without costs or fees. All pending motions are TERMINATED as MOOT.

DATED this 30th day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE